

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

_____

CRIM. NO. 09-CR-223 (DEP)

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**NORMA FANNING,**
    Defendant.

**INFORMATION**
Violation: 29 U.S.C. § 439(c)(Misdemeanor Count)

_____

THE UNITED STATES ATTORNEY CHARGES THAT:

**FALSIFICATION OF RECORDS REQUIRED BY THE LABOR MANAGEMENT REPORTING AND DISCLOSURE ACT**

During December of 2006, in St. Lawrence County, in the Northern District of New York, the defendant, NORMA FANNING, acting as the treasurer of the United Steelworker's Local Union #503, willfully falsified the union's December 2006 treasurer's report, a report required to be kept by the Labor Management Reporting and Disclosure Act, by falsely noting and under reporting the actual amount of money she paid herself from the union's checking account.

In violation of Title 29, United States Code, Section 439(c).

ANDREW T. BAXTER
UNITED STATES ATTORNEY

BY: *Tamara B. Thomson*
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310